IN RE RESIGNATION OF SIMON.

CLEVELAND BAR ASSOCIATION *v.* SIMON.

[Cite as In re Resignation of Simon (1987), 34 Ohio St. 3d 602.]

(D.R. No. 87-8 and D.D. No. 87-10—Decided December 16, 1987.)

The resignation of Nathan Simon as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

---

VIOCK ET AL., APPELLEES, *v.* STOWE-WOODWARD COMPANY, APPELLANT.

[Cite as Viock *v.* Stowe-Woodward Co. (1987), 34 Ohio St. 3d 602.]

(Nos. 86-2048 and 87-220—Decided December 23, 1987.)

*Murray & Murray Co., L.P.A., W. Patrick Murray* and *Kirk J. Delli Bovi,* for appellees.

*Duvin, Cahn & Barnard, Thomas H. Barnard, David J. Somrak, Squire, Sanders & Dempsey, Mark S. Floyd, Bugbee & Conkle, Warren D. Wolfe* and *Tybo Alan Wilhelms,* for appellant.

*Vorys, Sater, Seymour & Pease, Robin R. Obetz* and *Bruce L. Ingram,* urging reversal for *amicus curiae,* Ohio Self-Insurers Association.

*Frost & Jacobs, Pierce E. Cunningham* and *Gary A. Garfield,* urging reversal for *amicus curiae,* Georgia-Pacific Corporation.

*Andrew E. Doehrel,* urging reversal for *amicus curiae,* Ohio Chamber of Commerce.

This cause (court of appeals Nos. E-84-27 and E-86-68) is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, LOCHER and H. BROWN, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.

DOUGLAS, J., not participating.

WRIGHT, J., dissenting. After a careful analysis of the record and the applicable case law, I feel that this case deserves our careful and comprehensive consideration and opinion. This court repeatedly rejected discretionary review and a motion for stay of this matter (case No. 86-729) by a three to three vote, one vote abstaining. Thus, I must dissent.

HOLMES, J., concurs in the foregoing dissenting opinion.